**Form 668 (Y)** (Rev. January 1991) 253

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien Under Internal Revenue Laws

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Phoenix, AZ | 869349616 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** WILL H LARUE

**Residence** [redacted]

**IMPORTANT RELEASE INFORMATION:** With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 12/31/89 | [redacted] | 04/19/93 | 05/19/03 | 1000.67 |
| 6672 | 12/31/90 | [redacted] | 04/19/93 | 05/19/03 | 1000.67 |
| 6672 | 12/31/91 | [redacted] | 04/19/93 | 05/19/03 | 500.00 |

**Place of Filing**
COUNTY RECORDER
MARICOPA COUNTY
PHOENIX, AZ 85003

**Total $** 2501.34

This notice was prepared and signed at **Phoenix, AZ**, on this, the **10th** day of **November**, **93**.

**Signature** [signature]    440-5650

**Title** Revenue Officer 86-01-2409

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Kept By Recording Office    Form 668 (Y) (Rev. 1-91)

**Form 668 (Y) (c)** (Rev. October 1993) — 622

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SOUTHWEST | 069611971 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**  WILBUR H. & MARY C. LARUE

**Residence**  [redacted]

IMPORTANT RELEASE INFORMATION. For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/92 | [redacted] | 07/22/96 | 08/21/06 | 16810.71 |

**Place of Filing**
COUNTY RECORDER
MARICOPA COUNTY
PHOENIX, AZ 85003

Total $ 16810.71

This notice was prepared and signed at Phoenix, AZ, on this, the 24th day of December, 19 96.

Signature: [signature] for CHIEF, SPF, MSC
Title: Chief, SPf 06-01-9999
(602) 207-8544

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Kept By Recording Office    Form 668 (Y) (c) (Rev. 10/93)

**Unofficial Document**

RECORDING REQUESTED BY:

Internal Revenue Service

WHEN RECORDED RETURN TO:

Internal Revenue Service
210 E. Earll Drive
Phoenix, Az 85012 M/S 5023PX

2

This Space Reserved for Recorder Only

| Form 668 (Y) (Rev. October 1993) | 342 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|---|

WAGE & INVESTMENT AREA #6    Serial Number
(800) 829-7650           860053063

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: WILBUR LARUE

Residence: [redacted]

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1991 | [redacted] | 11/15/1993 | 12/15/2003 | 430.38 |
| 1040 | 12/31/1992 | [redacted] | 07/22/1996 | 08/21/2006 | 16810.71 |
| 1040 | 12/31/1993 | [redacted] | 01/05/1998 | 02/04/2008 | 22886.56 |
| 1040 | 12/31/1994 | [redacted] | 02/07/2000 | 03/09/2010 | 13132.76 |
| 1040 | 12/31/1995 | [redacted] | 02/07/2000 | 03/09/2010 | 2598.34 |
| 1040 | 12/31/1996 | [redacted] | 02/07/2000 | 03/09/2010 | 12211.83 |
| 1040 | 12/31/1997 | [redacted] | 03/06/2000 | 04/05/2010 | 6109.61 |
| CIVP | 12/31/1990 | [redacted] | 04/13/1993 | 05/13/2003 | 1111.28 |
| CIVP | 12/31/1991 | [redacted] | 04/13/1993 | 05/13/2003 | 539.97 |

Place of Filing:
COUNTY RECORDER
MARICOPA COUNTY
PHOENIX, AZ 85003

Total   $   75831.44

This notice was prepared and signed at Phoenix, AZ, on the 18th day of December 2000.

Signature by K. L. Draper
for J PRUETT    *K. L. Draper*

Title ACS
(800) 829-7650       86-01-0000

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668 (Y)(Rev. 10-93)