Will H. LaRue
PO Box 276
Peoria, Arizona 85380-0276
505-366-4449

**RECEIVED**

SEP 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

August 22, 2006

*Case # 1:06CV01495 RBW*

Clerk of the Court
United States District Court
333 Constitution Ave. NW
Washington, DC  20001

RE: 7431 Filing

Clerk of the Court:

The attached paperwork was mistakenly left off and did not get attached to our filing that you recently received.

Could you please place the attached paperwork with our 7431 case filing.

Thank you in advance, if you have any questions, please feel free to call me.


Sincerely,

*Will H. LaRue*
Will H. LaRue

Attachments

nofficialDocs                                                                                                      http://recorder.maricopa.gov/...

| Form 668 (Y) | 253 | Department of the Treasury - Internal Revenue Service | | | |
|---|---|---|---|---|---|
| (Rev. January 1987) | | **Notice of Federal Tax Lien Under Internal Revenue Laws** | | | |
| District | | Serial Number | | For Optional Use by Recording Office | |
| Phoenix, AZ | | 869349616 | | | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: WILL H LARUE

Residence: ███████████

**IMPORTANT RELEASE INFORMATION:** With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 12/31/89 | ███████ | 04/19/93 | 05/19/03 | 1000.67 |
| 6672 | 12/31/90 | ███████ | 04/19/93 | 05/19/03 | 1000.67 |
| 6672 | 12/31/91 | ███████ | 04/19/93 | 05/19/03 | 500.00 |

Place of Filing:
COUNTY RECORDER
MARICOPA COUNTY
PHOENIX, AZ 85003

Total $ 2501.34

This notice was prepared and signed at Phoenix, AZ, on this, the 10th day of November, 93.

Signature: [signed] 440-5650    Title: Revenue Officer 86-01-2409

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Kept By Recording Office                                       Form 668 (Y) (Rev. 1-87)



RECORDING REQUESTED BY:

Internal Revenue Service

WHEN RECORDED RETURN TO:

Internal Revenue Service
210 E. Earll Drive
Phoenix, Az 85012  M/S 5023PX

**Unofficial Document**

2

This Space Reserved for Recorder Only

| Form 668 (Y) (Rev. October 1993) | 342 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|---|

District & INVESTMENT AREA #6
(800) 829-7650    Serial Number    860053063

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer:   WILBUR LARUE

Residence:

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1991 | | 11/15/1993 | 12/15/2003 | 430.38 |
| 1040 | 12/31/1992 | | 07/22/1996 | 08/21/2006 | 16810.71 |
| 1040 | 12/31/1993 | | 01/05/1998 | 02/04/2008 | 22886.56 |
| 1040 | 12/31/1994 | | 02/07/2000 | 03/09/2010 | 13132.76 |
| 1040 | 12/31/1995 | | 02/07/2000 | 03/09/2010 | 2598.34 |
| 1040 | 12/31/1996 | | 02/07/2000 | 03/09/2010 | 12211.83 |
| 1040 | 12/31/1997 | | 03/06/2000 | 04/05/2010 | 6109.61 |
| CIVP | 12/31/1990 | | 04/13/1993 | 05/13/2003 | 1111.28 |
| CIVP | 12/31/1991 | | 04/13/1993 | 05/13/2003 | 539.97 |

Place of Filing

COUNTY RECORDER
MARICOPA COUNTY
PHOENIX, AZ 85003                    Total    $    75831.44

This notice was prepared and signed at ___Phoenix, AZ_____ , on the,

__18th__ day of __December__  2000

Signature by K. L. Draper
for J PRUETT    _K. L. draper_     Title ACS
(800) 829-7650                86-01-0000

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668 (Y)(Rev. 10-93)

Form 668 (Y) (c)
(Rev. October 1993)
622

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SOUTHWEST | 069611971 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  WILBUR H. & MARY C. LARUE

Residence  [redacted]

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/72 | [redacted] | 07/22/96 | 08/21/06 | 16810.71 |

Place of Filing
COUNTY RECORDER
MARICOPA COUNTY
PHOENIX, AZ  85003

Total | $ 16810.71

This notice was prepared and signed at  Phoenix, AZ , on this, the 24th day of December , 19 96.

Signature  /s/ CHIEF PPF MSC
Title  Chief, SPf 86-91-9999
(602) 207-0544

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Kept By Recording Office   Form 668 (Y) (c) (Rev. 10/93)