RECEIVED
SEP 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## United States District Court
### FOR THE DISTRICT OF COLUMBIA

Will H LaRue
Mary Catherine LaRue

v.

United States Government

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01495

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 08/24/2006

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Will H LaRue
Mary Catherine LaRue
PO Box 276
Peoria, AZ  85380-0276
505-366-4449 Will

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
Court Clerk

by _____
Deputy Clerk

AUG 2 4 2006
Date

Page 1

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is _SEPT 5, 2006_. The cost of the mailing is $ _4.88_

Certified mail # _7005 2570 0000 7623 4059_,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Donald Matzger_           _Sept. 12-06_
Signature                              Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ALBERTO GONZALES
   UNITED STATES ATTORNEY GENERAL
   CIVIL PROCESS CLERK
   950 PENNSYLVANIA AVENUE
   WASHINGTON DISTRICT OF COLUMBIA 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signed] Daniel L Parker
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): SEP 0 5 2006
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service lab): 7005 2570 0000 7623 4059

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CIVIL PROCESS CLERK
   KENNETH L. WAINSTEIN
   UNITED STATES ATTORNEY
   DISTRICT OF COLUMBIA
   501 3RD ST NW
   WASHINGTON DISTRICT OF COLUMBIA 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signed]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 2570 0000 7623 4066

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540