IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILL H. LARUE ) | |
| MARY CATHERINE LARUE ) | |
|  ) | |
| Plaintiffs, ) | |
|  ) | |
| v. ) | Civil No. 1:06-cv-01495-RBW |
|  ) | |
| UNITED STATES ) | |
|  ) | |
| Defendant. ) | |

## NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are identical to that filed in this matter:

1. Grant North v. United States, Civil No. 1:06-cv-01516-EGS

2. Robert J. & Lisa L. Welzel v. United States, Civil No. 1:06-cv-01580-RBW

3. Bruce R. Travis v. United States, Civil No. 1:06-01584-RCL

4. LaVern Koerner v. United States, Civil No. 1:06-cv-01633-ESH

5. Stephen J. and Patricia Lindsey v. United States, Civil No. 1:06-cv-01409-RBW

6. Rebekah H. Miller v. United States, Civil No. 1:06-cv-01525-RMU

7. Roy A. Watson v. United States, Civil No. 1:06-cv-01594-EGS

Indeed, not only are the complaints in these cases nearly identical, but some of the plaintiffs listed above have also filed previous complaints alleging unlawful disclosure under 26 U.S.C. § 7433, and such complaints are also identical to one another.

DATE: November 3, 2006                    Respectfully submitted,

                                                          /s/ Nicole M. Stoduto
                                                         NICOLE M. STODUTO
                                                         Trial Attorney, Tax Division
                                                         U.S. Department of Justice
                                                         Post Office Box 227
                                                         Washington, DC 20044
                                                         Telephone: (202) 616-9785
                                                         Facsimile: (202) 514-6966
                                                         Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney