IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILL H. LARUE )<br>MARY CATHERINE LARUE )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>)<br>Defendant. ) | Civil No. 1:06-cv-01495-RBW |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, MEMORANDUM, ORDER, and NOTICE OF RELATED CASES were caused to be served upon Plaintiffs *pro se* on the 3rd day of November, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

Will H. LaRue
Mary Catherine LaRue
Plaintiffs *pro se*
10034 W. Poria
Sun City, AZ 85351

      /s/ Nicole M. Stoduto
NICOLE M. STODUTO