IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILL H. LARUE<br>MARY CATHERINE LARUE<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 1:06-cv-01495-RBW<br>)<br>)<br>)<br>) |

## NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are identical to that filed in this matter:

    1. Grant North v. United States, Civil No. 1:06-cv-01516-EGS

    2. Robert J. & Lisa L. Welzel v. United States, Civil No. 1:06-cv-01580-RBW

    3. Bruce R. Travis v. United States, Civil No. 1:06-01584-RCL

    4. LaVern Koerner v. United States, Civil No. 1:06-cv-01633-ESH

    5. Stephen J. and Patricia Lindsey v. United States, Civil No. 1:06-cv-01409-RBW

    6. Rebekah H. Miller v. United States, Civil No. 1:06-cv-01525-RMU

    7. Roy A. Watson v. United States, Civil No. 1:06-cv-01594-EGS

Indeed, not only are the complaints in these cases nearly identical, but some of the plaintiffs listed above have also filed previous complaints alleging unlawful disclosure under 26 U.S.C. § 7433, and such complaints are also identical to one another.

DATE: November 3, 2006                    Respectfully submitted,

                                                        /s/ Nicole M. Stoduto  
                                                       NICOLE M. STODUTO  
                                                       Trial Attorney, Tax Division  
                                                       U.S. Department of Justice  
                                                       Post Office Box 227  
                                                       Washington, DC 20044  
                                                       Telephone: (202) 616-9785  
                                                       Facsimile: (202) 514-6966  
                                                       Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:  
JEFFREY A. TAYLOR  
United States Attorney