IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILL H. LARUE<br>MARY CATHERINE LARUE,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>) Civil No. 1:06-cv-1495-RBW<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT, MEMORANDUM, and PROPOSED ORDER were caused to be served upon Plaintiffs *pro se* on the 4th day of January, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

    WILL H. LARUE
    MARY CATHERINE LARUE
    Plaintiffs *pro se*
    10034 W. Poria
    Sun City, AZ 85351

                                                    /s/ Nicole M. Stoduto
                                                   NICOLE M. STODUTO