IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILL H. LARUE<br>MARY CATHERINE LARUE,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED STATES,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:06-cv-1495-RBW |

NOTICE OF APPEARANCE

Please enter the appearance of Anne E. Blaess in substitution for Nicole M. Stoduto as attorney for defendant the United States in the above-captioned proceeding.

DATE: February 21, 2007         Respectfully submitted,


                     /s/ Anne E. Blaess
                    ANNE E. BLAESS
                    Trial Attorney, Tax Division
                    U.S. Department of Justice
                    Post Office Box 227
                    Ben Franklin Station
                    Washington, D.C. 20044
                    Telephone: (202) 616-9806
                    Facsimile: (202) 514-6866
                    Email: Anne.E.Blaess@usdoj.gov