IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILL H. LARUE<br>MARY CATHERINE LARUE,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Civil No. 1:06-cv-1495-RBW<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon Plaintiffs *pro se* on the 21st day of February, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

WILL H. LARUE
MARY CATHERINE LARUE
Plaintiffs *pro se*
10034 W. Poria
Sun City, AZ 85351

                                            /s/ Anne E. Blaess
                                           ANNE E. BLAESS