IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILL H. LARUE<br>MARY CATHERINE LARUE,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>      Defendant. | Civil No. 1:06-cv-1495-RBW |

ORDER

Having considered the United States' motion to strike second amended complaint, memorandum in support thereof, and any oppositions and replies thereto, the Court concludes that the motion ought to be granted.  Accordingly, it is this _____ day of _____, 2007, at Washington, District of Columbia,

ORDERED that the United States' motion to strike second amended complaint be and is GRANTED;

ORDERED that Plaintiffs are not granted leave to file their second amended complaint, and it is further

ORDERED that the clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

ANNE E. BLAESS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-9806
Facsimile: (202) 514-6866
Email: Anne.E.Blaess@usdoj.gov

WILL H. LARUE
MARY CATHERINE LARUE
Plaintiffs *Pro Se*
10034 W. Poria
Sun City, AZ 85351