UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Will H LaRue <br> Mary Catherine LaRue <br> <br> vs, <br> <br> UNITED STATES | ) <br> ) CASE NO.1:06-cv-01495 <br> ) <br> ) 2nd AMENDED COMPLAINT <br> ) <br> ) <br> ) <br> ) |

Based on recent responses to FOIA requests plaintiffs seek leave of court to file a 2nd amended complaint.

Plaintiffs allege that as evidenced by the attached responses to FOIA requests, defendant's agency, the IRS, admits the signatures which appear on the attached Notices of Federal Tax Lien do not appear in the records of the Internal Revenue Service.

Plaintiffs allege that as evidenced by the attached responses to FOIA requests, defendant's agency, the IRS, admits the signatures which appear on the attached Notices of Federal Tax Liens are not signatures of Internal Revenue Service employees.

Plaintiffs allege that as evidenced by the attached responses to FOIA requests, the release of taxpayer information to the individuals whose signatures appear on the attached Notices of Federal Tax Liens, and who IRS admits are not IRS employees, necessarily constitutes the unlawful release of taxpayer information by IRS.

Plaintiffs allege that as evidenced by the attached responses to FOIA requests, the

individuals whose name appears on the attached Notices of Federal Tax Liens have unlawfully inspected taxpayer information supplied to said individuals by IRS.

Plaintiffs allege that as evidenced by the attached responses to FOIA requests, the attached Notices of Federal Tax Lines are false, in that IRS essentially admits the subject Notices of Federal Tax Lien were not executed by IRS personnel.

Plaintiffs allege that as evidenced by the attached responses to FOIA requests, the filing of the attached Notices of Federal Tax Liens constitutes the filing of a false document into the public record, in that IRS essentially denies said Notices of Federal Tax Lien were executed by IRS personnel.

Plaintiffs allege that as evidenced by the attached responses to FOIA requests, the attached Notices of Federal Tax Liens are counterfeit United States securities due to the fact said Notices were executed by persons whom IRS denies are IRS employees.

Plaintiff provides for the Court, a blank Notice of Federal Tax Lien. Plaintiff has provided said blank Notice of Federal Tax Lien to exemplify the ease with which such a Notice of Federal Tax Lien can be obtained by persons outside the employ of IRS. Indeed, with IRS's denial of the employment of Phillip Fry, Barry Sartori and ~~Scott Kilpatrick~~ *Dennis L. Parizek*, and the availability of blank Form(s), anyone could execute such Notices Of Federal Tax Lien. This, taken together with IRS's disavowing of the aforesaid persons, casts considerable doubt upon the authenticity of the subject Notices of Federal Tax Lien.

Moreover, IRS's disavowing of Phillip Fry, Barry Sartori and ~~Scott Kilpatrick~~ *Dennis L. Parizek*, is a further incidental admission by IRS that Plaintiffs' confidential taxpayer information has been disclosed by IRS to persons outside of IRS employment, in clear violation of the law.

Will H LaRue v. United States
1:06-cv-01495

Page 2 of 3 pages
not valid without all pages

2nd Amended Complaint

Exhibit 1

WHEREFORE
~~WHEFORE~~, plaintiff requests that judgement be entered in his/her favor against the United States for actual and punitive damages, the costs of this action, expungement of the aforementioned notices and such other and further relief to which plaintiff is entitled.

Dated _April 26_, 2007

_____  
Will H LaRue

_____  
Mary Catherine LaRue

copies mailed this 26 day of April, 2007, to:

Ann E Blaess, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 227, Washington, D.C. 20044

_____  
Will H LaRue

Will H LaRue v. United States  
1:06-cv-01495

Page 3 of 3 pages  
not valid without all pages

2nd Amended Complaint

Exhibit 1



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

April 10, 2007

Wilbur & Mary LaRue　　　　　　　　　　　　　Refer Reply To:
P.O. Box 276　　　　　　　　　　　　　　　　　FOIA 11-2007-01927
Peoria, Arizona 85380

Dear Mr. & Mrs. LaRue:

This letter is in response to your Freedom of Information Act (FOIA) request dated March 05, 2007, (Certified Mailing: 7005 2570 0000 7623 4004) that was received by the Phoenix Disclosure Office on March 15, 2007. You requested personnel-type of information for 2 unidentified IRS employees, and for Revenue Officer; Mr. Philip Fry; Employee Number: 85-00690.

Please be advised that under FOIA guidelines, requests for personnel-type information are processed consistent with the Office of Personnel Management (OPM) Regulations at 5 CFR 293 and 297 and provide for a "Public Information Listing" (PIL) as specified by 5 CFR 293.311. A PIL consist of the following 6 items:

  Name:
  Current Position Title/Occupational Series:
  Current Series/Grade:
  Current Annual Salary:
  Current Duty Station:
  Current Position Description:

However, in order for a Disclosure Office to obtain this information, we require the complete Name and/or Identification Number of the Employee.....Per a search of our records in regards to the first 2 employees listed, we either were unable to locate any information, or located information which would not allow us to specifically identify the IRS employee requested per the limited data provided. In regard to Mr. Fry, this employee doe not appear on the "Public Information Listing".....Therefore, there are no records responsive to your request. The enclosed Notice 393 explains your "Appeal Rights".

We are sorry we could not be of more assistance in this matter and if you have any questions regarding this letter, you may write to us at the address listed below or contact Disclosure Specialist, Steve Heffernan (Badge # 84-00987) of the Denver Disclosure Office at (303) 446-1549.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　Barbara Rodriquez
　　　　　　　　　　　　　　　　　　　　　　Area 11, Disclosure Officer

Enclosures:

Internal Revenue Service, Greensboro Disclosure Office, 320 Federal Pl, Room 409, Greensboro, NC 27401

Exhibit 1



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

April 10, 2007

Mary LaRue
P.O. Box 276
Peoria, Arizona 85380

Refer Reply To:
FOIA 11-2007-01928

Dear Ms. LaRue:

This letter is in response to your Freedom of Information Act (FOIA) request dated March 05, 2007, (Certified Mailing: 7005 2570 0000 7623 4011) that was received by the Phoenix Disclosure Office on March 15, 2007. You requested personnel-type of information for four (4) Internal Revenue Service employees: Mr. Parizek (Employee Number: 29-61699), Scott Kilpatrick (Employee Number: 86-01-0000), K. L. Draper (No Employee Number & and Name is being obtained per a Signature on a Form 668), and B. Sartori (Employee Number 86-01-2409 –Note: This Name & Number is taken from a Form 668 dated 10/10/1993).

Please be advised that under FOIA guidelines, requests for personnel-type information are processed consistent with the Office of Personnel Management (OPM) Regulations at 5 CFR 293 and 297 and provide for a "Public Information Listing" (PIL) as specified by 5 CFR 293.311. A search of the PIL for the employees listed and per the limited information provide, resulted in just one PIL Listing for IRS employee: Mr. Scott Kilpatrick...See his PIL (Below):

>   Name: Scott Kilpatrick
>   Current Position Title/Occupational Series: Operation Manager / 93618
>   Current Series/Grade: IR-SM-340-01
>   Current Annual Salary: $122,470.00
>   Current Duty Station: 600 17th Street, Denver, Colorado 80202-2490
>   Current Position Description: (See Enclosed).

Please be advised, that in order for a Disclosure Office to obtain a PIL, we require the complete Name and/or Identification Number of the Employee.....Per a search of our records in regards to the third employee listed in your correspondence, we either were unable to locate any information or located information which would not allow us to specifically identify the IRS employee requested per the limited data provided. In regard to employees, Mr. Parizek and B. Sartori – neither employee appears on the "Public Information Listing".....Therefore, there are no records responsive to these two requests and we have enclosed Notice 393 which explains you're "Appeal Rights" to these determinations.

We are sorry we could not be of more assistance in this matter and if you have any questions regarding this letter, you may write to us at the address listed below or contact Disclosure Specialist, Steve Heffernan (Badge # 84-00987) of the Denver Disclosure Office at (303) 446-1549.

Sincerely,

Barbara Rodriquez
Area 11, Disclosure Officer

Enclosures:
Internal Revenue Service, Greensboro Disclosure Office, 320 Federal Pl, Room 409, Greensboro, NC 27401

Exhibit 1

Internal Revenue Service

500 N. RICHARDSON
ROOM 113
ROSWELL, NM 88201

*57*

WILBER & MARY LARUE
120 CRESTVIEW RD
CAPITAN, NM 88316

Department of the Treasury

Letter Number: 728

Letter Date: 12/11/2001

Social Security Number:
█████████

Person to Contact:
PHILLIP FRY

Employee Identification Number:
85-00690

Contact Telephone Number:
(505)624-3214x41

Exhibit 1

| | |
|---|---|
| Form 668-W(ICS) (Jan. 2003) | Department of the Treasury – Internal Revenue Service<br>**Notice of Levy on Wages, Salary, and Other Income** |

DATE: 02/07/2005

REPLY TO: Internal Revenue Service
PHILLIP FRY
500 N RICHARDSON
RM 113
ROSWELL, NM 88201

TELEPHONE NUMBER
OF IRS OFFICE: (505)624-3214x41

145

NAME AND ADDRESS OF TAXPAYER:
WILBUR LARUE
PO BOX 1544
CAPITAN, NM 88316-1544

TO: ALL AMERICAN MEAT INC.
PO BOX 2204
ROSWELL, NM 88202-2204

IDENTIFYING NUMBER(S): 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
LARU                    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*

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1992 | 16810.71 | 16837.85 | 33648.56 |
| 1040 | 12/31/1993 | 22886.56 | 16916.06 | 39802.62 |

Employer or Other Addressee: Please complete the back of this page.    Total Amount Due ⇒    73451.18

We figured the interest and late payment penalty to **03-09-2005**

**Statement of Exemptions and Filing Status** (*To be completed by taxpayer; instructions are on the back of Part 5*)

My filing status for my income tax return is (check one):   ☐ Single;   ☐ Married Filing a Joint Return;
☐ Married Filing a Separate Return;   ☐ Head of Household; or   ☐ Qualifying Widow(er) with dependent child

**ADDITIONAL STANDARD DEDUCTION:** _____ (*Enter amount only if you or your spouse is at least 65 and/or blind.*)

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, First, Middle Initial) | Relationship (*Husband, Wife, Son, Daughter, etc.*) | Social Security Number (SSN) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| Taxpayer's Signature | Date |
|---|---|
| | |

Part 3 --    Return to IRS          Catalog No. 35390F    www.irs.gov          Form 668-W(ICS) (1-2003)

*No. signature*
*No. ID #*
*N/A Date*

Exhibit 1

| Form 668 (Y) (Rev. January 1991) | 263 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien Under Internal Revenue Laws** | |
|---|---|---|---|
| District | | Serial Number | For Optional Use by Recording Office |
| Phoenix, AZ | | 869349622 | This Notice of Federal Tax Lien has been filed as a matter of public record. |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

* Penalty and interest accrue until the liability is paid.
* For the amount required to have the lien released, contact the District Office, Collection Division.
* See reverse for an explanation of your Administrative Appeal rights.

Name of Taxpayer: MARY C GRAVERT

Residence: 6710 W POLK 277
PHOENIX, AZ 85043-2337

**IMPORTANT RELEASE INFORMATION:** With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 12/31/89 | 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 | 04/19/93 | 05/19/03 | 1000.67 |
| 6672 | 12/31/90 | 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 | 04/19/93 | 05/19/03 | 1000.67 |
| 6672 | 12/31/91 | 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 | 04/19/93 | 05/19/03 | 500.00 |

Place of Filing:
COUNTY RECORDER
MARICOPA COUNTY
PHOENIX, AZ 85003

Total $ 2501.34

This notice was prepared and signed at ___Phoenix, AZ___, on this, the __10th__ day of __November__ 93.

| Signature | Title |
|---|---|
| for B. SARTORI 640-5650 | Revenue Officer 86-01-2409 |

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

Form 668 (Y) (Rev. 1-91)

Exhibit 1

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN, UT  84201-0040

7112 7667 8555 2069 3802

MARY C LARUE
PO BOX 1544
CAPITAN, NM  88316-1544442

Letter Number: 3219(SC/CG)
Letter Date: MAY 10, 2005
Taxpayer Identification Number:
  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

Tax Form: 1040

Tax Year Ended and Deficiency
DECEMBER 31, 2003    $3,336.00
Contact Person:
    MR. PARIZEK    29-61699
Contact Telephone Number:
    (866) 899-9083
    (TOLL FREE NUMBER)
Hours to Call:
    7:00 AM TO 7:00 PM MON-FRI

Last Date to Petition Tax Court:
    AUGUST 8, 2005

**Penalties/Additions to Tax**

Exhibit 1

| Form **668 (Y) (c)** (Rev. October 1999) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|
| District | Serial Number | For Optional Use by Recording Office |
| | | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer

Residence

IMPORTANT RELEASE INFORMATION: With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Place of Filing

Total $

This notice was prepared and signed at _____, on this,

the _____ day of _____, _____ .

| Signature | Title |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

PART 1 - KEPT BY RECORDING OFFICE          Form **668 (Y) (c)** (Rev. 10-1999)
Cat. No. 60025X

Exhibit 1